No. 90. JORDAN *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Sam J. D'Amico* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ralph L. Roy* for respondent.

No. 92. GHARIBIANS *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied. *David Arthur Binder* for petitioner.

No. 111. ACCARDI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome Lewis* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 121. BRACER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Abraham Glasser* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 312. HUSK *v.* BUCHANAN, SHERIFF. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Milton M. Ferrell* for petitioner. *Earl Faircloth,* Attorney General of Florida, *Herbert P. Benn,* Assistant Attorney General, and *Ellen J. Morphonios* for respondent.

No. 436. TIESI *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *David Perskie* for petitioner. *Arthur J. Sills,* Attorney General of New Jersey, and *John W. Hayden, Jr.,* Deputy Attorney General, for respondent.